DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DESHAUNTE JABAR DELANCY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3664

_____

April 5, 2024

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Andrea Flynn Mogensen of The Law Office of Andrea Flynn Mogensen, P.A., Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.